IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES MARSHALL, )
)
Plaintiff, )
v. ) C.A. No. 10-169 Erie
)
RAYMOND J. SOBINA, et al, )
)
Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on July 13, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on February 13, 2013, recommended that Plaintiff's motion for injunctive relief [Dkt. 81] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by mail at SCI Somerset, where he is incarcerated, and on Defendants. Plaintiff filed an Objection on February 25, 2013 [Dkt. 94].

After de novo review of the pleadings and documents in the case, together with the report and recommendation, we find that the magistrate judge's ruling on the matter is not in error, and therefore, the following order is entered:

AND NOW, this 18th day of March, 2013;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction [Dkt. 81] is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated February 13, 2013, is adopted as the opinion of the court.

Maurice B. Cohill, Jr.
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record