# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARSHALL, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 10-169E |
| RAYMOND J. SOBINA et al, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On June 16, 2014, Plaintiff James Marshall filed a "Motion for Injunctive Relief" [ECF #136]. On July 7, 2014, Magistrate Judge Baxter issued a Report and Recommendation in which she recommended that Plaintiff's Motion for injunctive relief by denied [ECF #142].

Rule 72(b)(3) of the Federal Rules of Civil Procedure provides: "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Id.

Objections to the Report and Recommendation were due by July 24, 2014. To date, no Objections have been filed.

After *de novo* review of Plaintiff's Motion for Injunctive Relief and the other documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of September, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that the Magistrate Judge's Report and Recommendation [ECF #142], dated July 7, 2014, is adopted as the Opinion of the Court.

It is further hereby ORDERED, ADJUDGED, and DECREED that the Plaintiff's Motion for Injunctive Relief [ECF#136] is DENIED.

```
                                        /s/ Maurice B. Cohill, Jr.
                                        ─────────────────────────
                                        Maurice B. Cohill, Jr.
                                        Senior District Court Judge
```