# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARSHALL, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 10-169E |
| RAYMOND J. SOBINA et al, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 25th day of August, 2015, it is hereby ORDERED, ADJUDGED and DECREED that pursuant to 28 U.S.C. §1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions (Miscellaneous No 99-95), the Clerk of Court is directed to "request" a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned case, and to notify all parties once an attorney has accepted.

It is further hereby ORDERED, ADJUDGED, and DECREED that the Clerk of Court is directed to provide counsel with a copy of the complaint, any amended complaint, all answers and pretrial narrative statements should any exist and shall provide counsel with any additional pleadings or documents as requested by counsel.

It is further hereby ORDERED, ADJUDGED and DECREED that this case will be administratively closed pending the completion of the search for counsel. All deadlines will be held in abeyance.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge

cc: James Marshall
EP5532
SCI Camp Hill
2500 Lisburn Rd.
Camp Hill, PA 17001