IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARSHALL, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 10-169E |
| RAYMOND J. SOBINA et al, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 21st day of January, 2016, Attorney Ryan H. James, Esquire having entered his appearance on behalf of the Plaintiff, it is hereby ORDERED, ADJUDGED and DECREED that the administrative closure in this case is LIFTED and a status conference on this matter shall be held on Tuesday, February 11, 2016 at 11:00 A.M. in the chambers of the Honorable Maurice B. Cohill, Jr., Suite 8170 U.S. Courthouse, Pittsburgh, PA 15219.

Maurice B. Cohill, Jr.
Senior District Court Judge